IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00082-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KEISHAUN LEROY ANDERSON (1) | ) | |
| | ) | |

**THIS MATTER** comes before the Court on the defendant's pro se motion for a sentence reduction under the "youthful individual amendment" to §5H1.1 of the United States Sentencing Guidelines. (Doc. No. 71).

Title 18, United States Code, Section 3582(c)(2) allows a court to reduce a sentence based on a guideline range that has been subsequently lowered by the Sentencing Commission if consistent with its policy statements. Here, the defendant relies on Amendment 829, which is not designated as retroactive by the Commission in its policy statement, USSG §1B1.10(a)(1), (d) (2024). Thus, he is not entitled to relief.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 71), is **DENIED.**

Signed: January 6, 2025

Robert J. Conrad, Jr.
United States District Judge